IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY PRATT,**<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>**MARTIN VEAL, et al.,**<br><br>　　　　　　　　　　Respondents. | 2:06-cv-0188 DFL JFM P<br><br>**ORDER GRANTING RESPONDENT'S EXTENSION OF TIME TO FILE ANSWER TO PETITION OF HABEAS CORPUS** |

**GOOD CAUSE APPEARING**, Respondent is granted a 45-day extension of time to file a Answer to the Petition for Habeas Corpus. Respondent's Answer is due on or before July 14, 2006.

DATED: May 30, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/prat0188.ext