IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY PRATT,

    Petitioner,　　　　　　　　　No. CIV-06-0188 ALA HC

  vs.

MARTIN VEAL, et al.,

    Respondents.　　　　　　　　ORDER
_____/

    On January 11, 2008, Petitioner Larry Pratt filed a request for an extension of the time within which to file the brief called for by our December 19, 2007, order. That request will be granted nunc pro tunc.

    Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's January 11, 2008, request for an extension of time to comply with the court's December 19, 2007, order is GRANTED nunc pro tunc; and

        2. Plaintiff is directed to file his brief described in the December 19, 2007, order within thirty-five (35) days of the date of this order.

/////

DATED: January 15, 2008

                                    /s/ Arthur L. Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation